UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80549-MARRA

YOLANDA HUNTER,

    Plaintiff,

v.

LITIGATION MEDIATION GROUP,
INC. a corporation, STEPHANIE
HARRIS, an individual, and G.K.
MARSDEN, an individual,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Dismiss Voluntarily with Prejudice. (DE 12). The Court has carefully reviewed the motion and the record herein and is otherwise fully advised in the premises.

Noting that Defendants have not opposed Plaintiff's motion, it is hereby ORDERED AND ADJUDGED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure this action is DISMISSED WITH PREJUDICE.

All pending motions are DENIED AS MOOT. The Clerk shall CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 23rd day of August, 2011.

        KENNETH A. MARRA
        UNITED STATES DISTRICT JUDGE